UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE VLADIMIR GUSINSKY REVOCABLE TRUST, derivatively on behalf of MERCK & CO., INC. | : Case No. 2:25-cv-02561 |
| Plaintiff, | : |
| v. | : |
| ROBERT M. DAVIS, DOUGLAS M. BAKER, JR., MARY ELLEN COE, PAMELA J. CRAIG, THOMAS H. GLOCER, RISA J. LAVIZZO-MOUREY, STEPHEN L. MAYO, PAUL B. ROTHMAN, PATRICIA F. RUSSO, CHRISTINE E. SEIDMAN, INGE G. THULIN, KATHY J. WARDEN CAROLINE LITCHFIELD, and DEAN T. LI | : |
| Defendants, and | : |
| MERCK & CO., INC., | : |
| Nominal Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiff The Vladimir Gusinsky Revocable Trust hereby serves this notice of voluntary dismissal of the above-captioned action (the "Action") without prejudice pursuant to Fed. R. Civ. P. Rule 41 (a)(1)(A)(i) with each party to bear their own costs. No defendant has served an answer or motion for summary judgment in the Action.

THE WEISER LAW FIRM, P.C.

*s/ James M. Ficaro*
JAMES M. FICARO
jficaro@weiserlawfirm.com
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-0206

**So ORDERED on 4/30/2025:**

JULIEN XAVIER NEALS
United States District Judge